| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>High-Tech Institute, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years:<br>Anthem College, Anthem College – Bryman School,<br>Anthem Institute, Morrison University | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):  86-0973099 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>16404 N. Black Canyon Hwy, Phoenix, AZ<br>ZIP CODE  85053 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:  Maricopa County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>2390 E Camelback Rd., Phoenix AZ<br>ZIP CODE  85016 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): High-Tech Institute, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:<br>See Attached Schedule 1 | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/13)            Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): High-Tech Institute, Inc. |
|---|---|

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X */s/ Dennis A. Meloro*
Signature of Attorney for Debtor(s)
Dennis A. Meloro
Printed Name of Attorney for Debtor(s)
Greenberg Traurig, LLP
Firm Name
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Address
(302) 661-7000
Telephone Number
August 25, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Sean Harding*
Signature of Authorized Individual
Sean Harding
Printed Name of Authorized Individual
Chief Restructuring Officer
Title of Authorized Individual
August 25, 2014
Date

# SCHEDULE 1

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the "Debtors"), that filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, contemporaneously with the filing of this petition. The Debtors filed a motion requesting joint administration.

1. FCC Holdings, Inc.
2. Education Training Corporation
3. High-Tech Institute Holdings, Inc.
4. High-Tech Institute, Inc.
5. EduTech Acquisition Corporation

**RESOLUTIONS OF THE BOARD OF DIRECTORS OF EACH OF FCC HOLDINGS, INC., EDUCATION TRAINING CORPORATION, EDUTECH ACQUISITION CORP., EDUTECH TRAINING CORPORATION, HIGH-TECH INSTITUTE HOLDINGS, INC. AND HIGH-TECH INSTITUTE INC.**

**Dated August 24, 2014**

I, Sean Harding, the duly appointed Chief Restructuring Officer of each of FCC Holdings, Inc., a Delaware corporation ("FCC"), Education Training Corporation, a Florida corporation ("ETC"), Edutech Acquisition Corp., a Florida corporation ("Edutech"), High-Tech Institute Holdings, Inc., and Arizona corporation ("HTIH") and High-Tech Institute, Inc., an Arizona corporation ("HTI" and, collectively with FCC, ETC, Edutech and HTIH, the "Corporations" and each, individually, the "Corporation"), hereby certifies that the following resolutions were duly adopted by the unanimous consent of the board of directors (the "Boards") of each of the Corporations, at a telephonic meeting held on August 24, 2014, in accordance with the organizational documents of the Corporations, and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

**WHEREAS**, the Boards have reviewed the materials presented by the management and the advisors of the Corporations regarding the liabilities and liquidity situation of the Corporations, the strategic alternatives available to them, and the impact of the foregoing on the Corporations' businesses;

**WHEREAS**, the Boards have had the opportunity to consult with the management and the advisors of the Corporations about the strategic alternatives available to the Corporations;

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Boards, it is desirable and in the best interests of the Corporations, their creditors and other parties in interest, that the Corporations file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"); and be it

**FURTHER RESOLVED**, that the Chief Restructuring Officer (the "CRO") is hereby authorized and empowered to execute and file on behalf of the Corporations all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the cases and obtain chapter 11 relief, including but not limited to motions to obtain the use of cash collateral and provide adequate protection therefor, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the chapter 11 cases, with a view to the successful prosecution of such cases; and be it

**FURTHER RESOLVED**, that the CRO is hereby authorized and directed to employ the law firm of Greenberg Traurig, LLP as general bankruptcy counsel to represent and assist the Corporations in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Corporations' rights and obligations, including filing any pleadings; and in connection therewith, the CRO is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the

chapter 11 cases and cause to be filed an appropriate application for authority to retain the services of Greenberg Traurig, LLP; and be it

**FURTHER RESOLVED**, that the CRO is hereby authorized and directed to employ Kurtzman Carson Consultants as noticing, claims and balloting agent to represent and assist the Corporations in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Corporations' rights and obligations; and in connection therewith, the CRO is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 cases and cause to be filed an appropriate application for authority to retain the services of Kurtzman Carson Consultants; and be it

**FURTHER RESOLVED**, that the CRO is hereby authorized and directed to employ any other professionals to assist the Corporations in carrying out their duties under the Bankruptcy Code; and in connection therewith, the CRO is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 cases and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and be it

**FURTHER RESOLVED**, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed on behalf of the Corporations by the CRO prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed adopted and approved; and be it

**FURTHER RESOLVED**, that any specific resolutions that may be required to have been adopted by the Boards to effectuate the matters and transactions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the Boards, officers and authorized representatives of the Corporations be, and each of them hereby is, authorized in the name and on behalf of the Corporations to certify as to the adoption of any and all such resolutions; and be it

**FURTHER RESOLVED**, that the CRO hereby is authorized and empowered on behalf of the Corporations and in their names to take or cause to be taken all actions and to execute and delver all such instruments that the CRO determines are necessary or desirable in connection with the foregoing resolutions; and be it

**IN WITNESS WHEREOF**, the undersigned duly appointed Chief Restructuring Officer of each of the Corporations does hereby certify that the aforesaid resolutions are the true and correct minutes and resolutions duly adopted by the Boards of the Corporations at a special meeting thereof duly noticed and called.

_____
Name: Sean Harding
Title: Chief Restructuring Officer

FTL 109779971v4

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FCC HOLDINGS, INC., *et al*., [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-_____<br><br>(Joint Administration Requested) |

**CONSOLIDATED LIST OF CREDITORS**
**HOLDING FORTY LARGEST UNSECURED CLAIMS**

Following is the consolidated list of the above-captioned Debtors' creditors holding the 40 largest unsecured claims.[2] The list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest claims. The information contained herein shall not constitute an admission of liability by, nor shall it be binding on, the Debtors. The information contained herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' rights to contest the validity, priority or amount of any claim.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc. (2598); Education Training Corporation (1478); High-Tech Institute Holdings, Inc. (4629); EduTech Acquisition Corporation (8490); and High-Tech Institute, Inc. (3099). The Debtors' business address is 1000 Corporate Drive, Suite 500, Fort Lauderdale, FL 33334.

[2] This list reflects outstanding obligations using the most current information available as of August 22, 2014. The Debtors reserve the right to amend this list based on information existing as of the commencement date of the Debtors' chapter 11 cases.
*FTL 109781003v2*

| | Name of Creditor | Name, Complete Mailing Address (Including Zip Code) and Telephone Number of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 1. | Edufficient | 6 Forest Ave., 2nd Flr, Paramus, NJ 07652 | Trade Debt | | $1,836,346.45 |
| 2. | Cengage | P.O. Box 95999, Chicago, IL 60649 | Trade Debt | | $678,094.50 |
| 3. | Elsevier | P.O. Box 0848, Carol Stream, IL 60132-0848 | Trade Debt | | $433,866.46 |
| 4. | Gaumard Scientific Company | 14700 SW 136 St., Miami, FL 33196 | Trade Debt | | $363,554.65 |
| 5. | Pop/Black Canyon, L.L.C. | P.O. Box 515083, Los Angeles, CA 90051-5083 | Property Lease | | $346,414.76 |
| 6. | Carter Lindbergh Retail LLC | ATT:LOCKBOX 936181, 3585 Atlanta Ave., Hapevilla, GA 30354 | Property Lease | | $335,982.08 |
| 7. | CDW | 75 Remittance Drive, Suite 1515, Chicago, IL 60675 | Trade Debt | | $303,587.38 |
| 8. | McGraw Hill Companies | Wells Fargo Bank, N.A., Lockbox #6167, Philadelphia, PA 19178-6167 | Trade Debt | | $264,273.02 |
| 9. | Njeda | P.O. Box 18661, Newark, NJ 07191-8661 | Property Lease | | $237,276.86 |
| 10. | Virco | P.O. Box 677610, Dallas, TX 75267-7610 | Trade Debt | | $236,405.17 |
| 11. | MLCFC 2006-4 South Hwy Office, LLC | C/O Colliers International, 1660 South Hwy. 100, St. Louis Park, MN 54410 | Property Lease | | $222,211.04 |
| 12. | PSS World Medical, Inc. | P.O. Box 550988, Jacksonville, FL 32255 | Trade Debt | | $205,295.82 |
| 13. | Affordable Medical Scrubs | P.O. Box 932408, Cleveland, OH 44193 | Trade Debt | | $197,812.11 |
| 14. | Mt. Pleasant Management Corp. | 855 Lexington Ave, New York, NY 10021 | Property Lease | | $192,703.91 |
| 15. | Columbia 9001, LLC | 7611 State Line Road, Suite 301, Kansas City, MO 64114 | Property Lease | | $184,698.06 |
| 16. | LP President Realty Assoc. LLC | 959 Route 46 E, Hicksville, NY 11802-6112 | Property Lease | | $180,296.48 |
| 17. | Vital Source Technologies, Inc. | 1800 Gateway Dr., Suite 120, San Mateo, CA 94404 | Trade Debt | | $179,749.22 |
| 18. | Microtek | 7581 W. 10rd Ave., Westminster, CO 80021 | Trade Debt | | $172,616.98 |
| 19. | Gravois Bluffs East 8-A LLC | 9109 Watson Road, Suite 400, St. Louis, MO 63126 | Property Lease | | $165,546.56 |
| 20. | J.E.M.S. Corp. | 9854 Babbitt Ave., Northridge, CA 91325 | Property Lease | | $160,833.33 |
| 21. | Ethan Conrad | 1300 National Drive, Suite 100, Sacramento, CA 95834 | Property Lease | | $159,757.41 |
| 22. | My Office Products | P.O. Box 306003, Nashville, TN 37230-6003 | Trade Debt | | $151,315.48 |
| 23. | Decade Executive Office Buildings, LLC | 13555 Bishops Court, Suite 345, Brookfield, WI 53005 | Property Lease | | $146,334.52 |
| 24. | Herff Jones, Inc. | P.O. Box 099292, Chicago, IL 60693 | Trade Debt | | $139,594.33 |

*FTL 109781003v2*

| | Name of Creditor | Name, Complete Mailing Address (Including Zip Code) and Telephone Number of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 25. | American Building Services Inc. | 8362 Pines Blvd., #138, Pembroke Pines, FL 33024 | Trade Debt | | $131,163.60 |
| 26. | Grant Thornton | P.O. Box 532019, Atlanta, GA 30353-2019 | Trade Debt | | $129,524.00 |
| 27. | Alliance Corporate Services | 1540 NW 97th Avenue, Plantation, FL 33322 | Trade Debt | | $126,245.14 |
| 28. | Blank Aschkenasy Properties, LLC | 300 Conshohocken State Rd., Suite 360, W. Conshohocken, PA 19428 | Property Lease | | $116,993.34 |
| 29. | Google | P.O. Box 39000, San Francisco, CA 94139 | Trade Debt | | $114,969.37 |
| 30. | Rachel Properties | C/O Southeast Venture, LLC, 4011 Armory Oaks Dr., Nashville, TN 37204 | Property Lease | | $112,143.40 |
| 31. | Allied Barton Security Services | P.O. Box 828854, Philadelphia, PA 19182-8854 | Trade Debt | | $110,812.63 |
| 32. | Husch Blackwell | P.O. Box 802765, Kansas City, MO 64180-2765 | Trade Debt | | $109,235.92 |
| 33. | Darosy, Inc. | 336 East Dania Beach Blvd., Dania, FL 33004 | Property Lease | | $103,099.72 |
| 34. | University Center North, Ltd. | 1405 SW 107th Avenue, Suite #301-B, Miami, FL 33174 | Property Lease | | $97,338.04 |
| 35. | Shutts & Bowen LLP | 201 S. Biscayne Blvd., Miami, FL 33131 | Trade Debt | | $97,174.90 |
| 36. | Ackrik Associates | 187 Millburn Avenue, Suite 6, Millburn, NJ 07041 | Property Lease | | $97,094.93 |
| 37. | Wells Fargo Equipment Finance | 733 Marquette Ave., Suite 700, Minneapolis, MN 55402 | Trade Debt | | $93,337.83 |
| 38. | Tri-County Cleaning Services | 8262 Pines Blvd., #138, Pembroke Pines, FL 33024 | Trade Debt | | $92,030.73 |
| 39. | SC (Westland Promenade) L.P. | 1525 West W.T. Harris Blvd., Charlotte, NC 28262 | Property Lease | | $90,620.79 |
| 40. | Sahara Rancho Office Center | 2250 S. Rancho Drive, Suite 225, Las Vegas, NV 89102 | Property Lease | | $90,068.84 |

*FTL 109781003v2*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FCC HOLDINGS, INC., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-_____<br><br>(Joint Administration Requested) |

**CERTIFICATION CONCERNING CONSOLIDATED LIST OF
CREDITORS HOLDING FORTY (40) LARGEST UNSECURED CLAIMS**

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby certify under penalty of perjury that the consolidated *List of Creditors Holding the Forty (40) Largest Unsecured Claims* (the "Top 40 List"), submitted herewith, is complete, and to the best of the Debtor's knowledge, correct and consistent with Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the consolidated Top 40 List have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of August, 2014.

                                          Signature: */s/ Sean Harding*
                                          By: Sean Harding
                                          Title: Chief Restructuring Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc. (2598); Education Training Corporation (1478); High-Tech Institute Holdings, Inc. (4629); EduTech Acquisition Corporation (8490); and High-Tech Institute, Inc. (3099). The Debtors' business address is 1000 Corporate Drive, Suite 500, Fort Lauderdale, FL 33334.

FTL 109781003v2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| HIGH-TECH INSTITUTE, INC., | Case No. 14-_____ |
| Debtors. | (Joint Administration Requested) |

**LIST OF EQUITY SECURITY HOLDERS**

| **Name** | **Address** | **% Equity Interest** |
|---|---|---|
| High-Tech Institute Holdings, Inc. | 16404 N. Black Canyon Hwy, Phoenix, AZ 85053 | 100% |

*FTL 109781003v2*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HIGH-TECH INSTITUTE, INC., | Case No. 14-_____ |
| Debtor. | (Joint Administration Requested) |

## CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

The above-captioned case debtor and debtor-in-possession (the "Debtor") hereby certifies under penalty of perjury that the list submitted herewith containing the *List of Security Equity Holders* of the Debtor is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of August, 2014.

Signature: */s/ Sean Harding*
By: Sean Harding
Title: Chief Restructuring Officer

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| HIGH-TECH INSTITUTE, INC., | Case No. 14-_____ |
| Debtor. | (Joint Administration Requested) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the following are the corporations, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the equity interests of High-Tech Institute, Inc., an Arizona corporation and the Debtor in this case:

| **Name** | **Address** | **% Equity Interest** |
|---|---|---|
| High-Tech Institute Holdings, Inc. | 16404 N. Black Canyon Hwy, Phoenix, AZ 85053 | 100% |
| Education Training Corporation | 1000 Corporate Dr., Suite 500, Fort Lauderdale, FL 33334 | 100% (indirect) |
| FCC Holdings, Inc. | 1000 Corporate Dr., Suite 500, Fort Lauderdale, FL 33334 | 100% (indirect) |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGH-TECH INSTITUTE, INC., | Case No. 14-_____ |
| | (Joint Administration Requested) |
| Debtor. | |

**CERTIFICATION CONCERNING CORPORATE OWNERSHIP STATEMENT**

The above-captioned debtor and debtor-in-possession (the "<u>Debtor</u>") hereby certifies under penalty of perjury that the *Corporate Ownership Statement* submitted herewith is complete and to the best of the Debtor's knowledge, correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of August, 2014.

                                                Signature: */s/ Sean Harding*
                                                By: Sean Harding
                                                Title: Chief Restructuring Officer

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FCC HOLDINGS, INC., *et al.*,[1] | Case No. 14-_____ |
| Debtors. | (Joint Administration Requested) |

## CERTIFICATION CONCERNING CONSOLIDATED LIST OF ALL CREDITORS

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby certify under penalty of perjury that the *List of All Creditors*, submitted herewith, formatted in portable document format, containing the consolidated list of creditors of the Debtors, is complete and to the best of the Debtor's knowledge, correct and consistent with Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of All Creditors* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of August, 2014.

Signature: */s/ Sean Harding*
By: Sean Harding
Title: Chief Restructuring Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc. (2598); Education Training Corporation (1478); High-Tech Institute Holdings, Inc. (4629); EduTech Acquisition Corporation (8490); and High-Tech Institute, Inc. (3099). The Debtors' business address is 1000 Corporate Drive, Suite 500, Fort Lauderdale, FL 33334.

FTL 109781003v2